IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY** | **PLAINTIFF** |
| V. | NO. 3:17-CV-128-DMB-RP |
| **TREE-REMOVAL RIGHTS WITH RESPECT TO LAND IN MARSHALL COUNTY, MISSISSIPPI; NATHANIEL LESUEUR; BANK OF HOLLY SPRINGS; and WILLIAM F. SCHNELLER, trustee** | **DEFENDANTS** |

## ORDER

On September 28, 2023, the United States of America, upon the relation and for the use of the Tennessee Valley Authority ("TVA"), moved to disburse all remaining funds on deposit with the Court. Doc. #45. On TVA's earlier motion for the entry of judgment and an order disbursing funds, the Court, granting the motion in part, entered a judgment directing the disbursement of compensation to Nathaniel Lesueur in the amount of $500—the amount on deposit with the Court—less any applicable registry fee. Docs. #42, #43, #44. Because it appears the funds were not disbursed pursuant to the Court's judgment, TVA's motion [45] is **GRANTED**. The Clerk of Court is **DIRECTED** to (1) promptly disburse to Nathaniel Lesueur as compensation $500, less any applicable fee;[1] and (2) disburse any and all accrued interest to TVA.

**SO ORDERED**, this 8th day of December, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Under 40 U.S.C. § 3114(c)(1), "[i]nterest shall not be allowed on as much of the compensation as has been paid into the court."